UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2019

SEAN F. McAVOY, CLERK

Alyssa Vougas,

*Plaintiff*

v.

Suttell and Hammer PS,

*Defendant*

Civil Action No. 2:18-cv-00331-RMP

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion for Entry of Judgment Awarding Attorney's Fees to Defendant (ECF No. 35) is granted. Defendant Suttell & Hammer P.S. is granted judgment against Plaintiff Alyssa Vougas in the amount of $29,657.00. This judgment is to bear interest at the rate of 1.72% per annum.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a stipulated motion for Attorney's Fees (ECF No. 35)

Date: 09/18/2019

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates